UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 14-2627(DSD/TNL)

Jack Collins, III,

       Plaintiff,

v.                                                  **ORDER**

Lindahl Properties,

       Defendant.

     Jack Collins, III, 3033 Penn Avenue North, Minneapolis, MN 55411, pro se.

     This matter is before the court upon the objections by pro se plaintiff Jack Collins, III to the August 22, 2014, report and recommendation of Magistrate Judge Tony N. Leung.  The magistrate judge recommended denying the application for leave to proceed in forma pauperis (IFP) and dismissing the action summarily pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The magistrate judge found that Collins improperly sought relief against a private party under 42 U.S.C. § 1983 and that no reason existed to exercise supplemental jurisdiction over Collins's remaining state law claims.  Collins objects for reasons not responsive to the report and recommendation.

     The court reviews the report and recommendation de novo.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b).  After a thorough review of the file and record, the court

finds that the report and recommendation is well-reasoned and correct. Accordingly, **IT IS HEREBY ORDERED** that:

1.   The objections [ECF No. 4] to the report and recommendation are overruled;

2.   The report and recommendation [ECF No. 3] is adopted in its entirety;

3.   The application to proceed IFP [ECF No. 2] is denied; and

4.   This action is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated:  September 17, 2014

s/David S. Doty
David S. Doty, Judge
United States District Court
